UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                          CASE NO. 07-30473-PNS3
                                                                CHAPTER 13
JOHNSON F. WARWICK, JR.


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396131 in the amount of 56.59 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                           /s/Leigh D. Hart or
                           /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
JOHNSON F. WARWICK, JR.      CHASE BANK, USA, N.A.
707 POWELL DR NE             CIRCUIT CITY PRIVATE LABEL
FT. WALTON BEACH,  FL        P.O. BOX 100018
32547-1716                   KENNESAW, GA 30156-9104

AND

HAROLD F. PEEK, JR., P.A.
P.O. BOX 36
VALPARAISO, FL 32580
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                           /s/Leigh D. Hart or
                           /s/William J. Miller, Jr.
7/30/2010  1:29 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```