```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      PENSACOLA DIVISION

IN RE:                              CASE NO. 07-30473-PNS3
                                    CHAPTER 13
JOHNSON F. WARWICK, JR.


_____Debtor(s)_____/
```

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410402 in the amount of 56.59 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JOHNSON F. WARWICK, JR.<br>707 POWELL DR NE<br>FT. WALTON BEACH, FL<br>32547-1716 | CHASE BANK, USA, N.A.<br>CIRCUIT CITY PRIVATE LABEL<br>P.O. BOX 100018<br>KENNESAW, GA 30156-9104 |

AND

HAROLD F. PEEK, JR., P.A.
P.O. BOX 36
VALPARAISO, FL 32580

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
3/31/2011 12:17 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```