**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                CASE NO. 07-30473-PNS3
                                                      CHAPTER 13
JOHNSON F. WARWICK, JR.


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 412229 in the amount of 56.59 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

class mail to:

JOHNSON F. WARWICK, JR.          CHASE BANK, USA, N.A.
707 POWELL DR NE                 CIRCUIT CITY PRIVATE LABEL
FT. WALTON BEACH,  FL            P.O. BOX 100018
32547-1716                       KENNESAW, GA 30156-9104


AND


HAROLD F. PEEK, JR., P.A.
P.O. BOX 36
VALPARAISO, FL 32580

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
4/29/2011  1:19 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE