UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                CASE NO. 07-30473-PNS3
                                      CHAPTER 13
JOHNSON F. WARWICK, JR.

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.   The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

   2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421086 in the amount of 90.15 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JOHNSON F. WARWICK, JR.
707 POWELL DR NE
FT. WALTON BEACH, FL
32547-1716

CHASE BANK, USA, N.A.
CIRCUIT CITY PRIVATE LABEL
P.O. BOX 100018
KENNESAW, GA 30156-9104

AND

HAROLD F. PEEK, JR., P.A.
P.O. BOX 36
VALPARAISO, FL 32580

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2011  1:55 pm / CR_213